UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MARK MARGIN                                            CIVIL ACTION

VERSUS                                                 NO.  08-4605

SOCIAL SECURITY ADMINISTRATION                         SECTION "N"  (3)

## ORDER AND REASONS

Before the Court is a motion to re-open case (Rec. Doc. 36), filed by the plaintiff.  The

defendant has filed a response (Rec. Doc. 39).   Having reviewed the materials submitted by the

plaintiff, the Court can find no basis for disturbing the judgment in this case, whether pursuant to

Rule 60 of the Federal Rules of Civil Procedure or otherwise.   The plaintiff has presented no

facts or law tending to show any error in this Court's order and judgment (Rec. Docs. 34 and

35), in the Magistrate Judge's report and recommendation (Rec. Doc. 33), or in the underlying

administrative decision (Rec. Docs. 1 and 22).  Accordingly,

   **IT IS ORDERED** that the plaintiff's motion to re-open his case is hereby **DENIED**.

New Orleans, Louisiana, this 23rd day of January, 2013.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**